**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7476**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN W. STEVENS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District Judge.  (CR-90-310, CA-01-2814-7-13)

─────────────

Submitted:  October 18, 2001          Decided:  October 30, 2001

─────────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John W. Stevens, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John W. Stevens seeks to appeal the district court's order dismissing without prejudice his motion filed under Fed. R. Crim. P. 35, which the district court properly construed as a motion under 28 U.S.C.A. § 2255 (West Supp. 2001).[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>United States v. Stevens</u>, Nos. CR-90-310, CA-01-2814-7-13 (D.S.C. July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Generally, dismissals without prejudice are not appealable. <u>Domino Sugar Corp. v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1066 (4th Cir. 1993). We find, however, that the district court's order is a final, appealable order because the defect identified by the district court must be cured by something more than an amendment to the complaint. <u>Id.</u> at 1066-67.